UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DAVID KOPLOW, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 10-10474-JLT |
| | * | |
| CHERYL ANNE WATSON, et al., | * | |
| | * | |
| Defendants. | * | |

ORDER

November 17, 2010

TAURO, J.

For the reasons in the accompanying memorandum, this court hereby orders that:

1. Defendants' Motion to Dismiss Amended Complaint [#31] is ALLOWED.

2. Plaintiff is prohibited from filing any additional pleadings in this case without prior leave of this court.

After reviewing the Parties' written submissions, this court further orders that:

1. Plaintiff's Application to Procede as to Unknown Defendants [#17] is treated as a Motion and is DENIED AS MOOT.

2. Plaintiff's Application to Allow Initial Lis Pendens (Pendant Lite) Service by Plaintiff upon Kopelman [#34] is DENIED AS MOOT.

3. Plaintiff's Application to Amend "First Amended Complaint Part I, (Plain and Short Show of Jurisdiction etc.) [#36] is DENIED.

4. Plaintiff's Application to Honorable Clerk to Enter Default of Defendants [#37] is DENIED.

5.  Defendants' <u>Motion for Leave to File Supplemental Memorandum in Support of Motion to Dismiss Amended Complaint</u> [#41] is ALLOWED AS MOOT.

6.  This case is CLOSED.

IT IS SO ORDERED.

                                                        /s/ Joseph L. Tauro
                                                   United States District Judge